HAROLD ROSENTHAL, State Bar No. 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94102
Telephone: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
HOUSHANG POURMOHAMAD

FILED

DEC 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSHANG POURMOHAMAD, )<br>)<br>Defendant. )<br>_____ ) | No. 4:06-CR-00555-SBA<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>MODIFYING TERMS<br>AND CONDITIONS OF<br>RELEASE |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT; AND TO
      GEORGE BEVAN, ASSISTANT UNITED STATES ATTORNEY,
      AND TO BETTY KIM, PRETRIAL SERVICES OFFICER:

The parties hereby stipulate that good cause exists to modify the terms and

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Lisa Clark, Financial

conditions of the above-referenced defendant's pretrial release so as to remove the condition restricting his travel to the Northern District of California and substituting a new condition restricting his travel to all federal judicial districts within the State of California.

It is so stipulated.

Dated:

_____ /s/ _____
GEORGE BEVAN, AUSA

Attorney for Plaintiff United States of America

It is so stipulated.

Dated:

_____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant Houshang Pourmohamad

IT IS SO ORDERED.

Dated: 12-11-06

_____
THE HONORABLE MAGISTRATE WAYNE D. BRAZIL

Magistrate Judge Of The United States District Court
Northern District Of California

2