HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOUSHANG POURMOHAMAD, ) <br> ) <br> Defendant ) | Case No.: No. 4:06-CR-00555-SBA <br><br> STIPULATION AND [PROPOSED] ORDER |

It is hereby stipulated by and between the parties that good cause exists to continue the dates applicable to the filing of defendant's pretrial motions. The parties believe that good cause exists for the following reasons: (1) the discovery furnished by the government on an ongoing basis is voluminous, and it is necessary that defense counsel fully review such discovery prior to the filing of the motions; (2) the legal issues to be raised in these motions are unusual and involved and the subject matter – internet gambling with ties to a country outside the United States – is unusual; (3) defense counsel was ill during the last week of November and the first week of December and this has made it difficult for him to accommodate the demands not only of this matter but

STIPULATION AND [PROPOSED] ORDER     1

of numerous other serious matters in pending in state and federal court; (4) government counsel's schedule, and in particular, the trial in the matter of <u>United States v. Rosenthal</u>, a matter set for trial before the Honorable Charles Breyer, makes it difficult for him to respond to motions until the end of January.

There have been no prior extensions of the dates set for pretrial motions in this matter.

Accordingly, the parties stipulate that the dates previously set in this matter be vacated and the following schedule be instituted in this matter:

    Defendant's Motions Due: January 9, 2007

    Government's Response Due: January 23, 2007

    Defendant's Reply Due: January 30, 2007

    Hearing on Motions: February 13, or any date which the Court finds to be convenient.

The parties further agree that time continues to be excludable under 18 USC § 3161(h)(7) insofar as the delay here results from delay of the proceedings with regard to codefendants Zumbado and Mobley, as to whom the time for trial has not run and no motion for severance has been granted; under 18 U.S.C. § 3161(h)(8)(A), and that it is appropriate that this court find that the ends of justice served by rescheduling these pretrial motions outweigh the best interest of the public and the defendant in a speedy trial, and that such finding is based upon the following factors set forth in 18 USC § 3161(h)(8)(B): because of the unusual and complex nature of this case resulting from the nature of the prosecution and the existence of novel questions of fact or law, it is

STIPULATION AND [PROPOSED] ORDER    2

unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by this section.

It is so stipulated.

Dated: December 26, 2006

               /S/
GEORGE BEVAN, AUSA

Attorney for Plaintiff United States of America

It is so stipulated.

Dated: December 26, 2006

               /S/
HAROLD ROSENTHAL

Attorney for Defendant Houshang Pourmohamad

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated: 1/8/07

               /s/ Saundra B Armstrong
THE HONORABLE SAUNDRA BROWN ARMSTRONG

Judge of the United States District Court for the Northern District of California

STIPULATION AND [PROPOSED] ORDER      3