IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 06-00555 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 68] |
| HOUSHANG POURMOHAMAD, | |
| Defendant. | |

On March 27, 2007, the parties submitted a Stipulation and Proposed Order setting the hearing date on defendant's Motion to Suppress for April 10, 2007 [Docket No. 68]. It is not clear to the Court whether the parties are requesting a hearing date for a decision on the motion to suppress, or if the parties are in agreement that an evidentiary hearing is required and are requesting that the Court hold the hearing on April 10, 2007.

IT IS HEREBY ORDERED THAT the parties shall inform the Court whether they are requesting a hearing for a decision on the motion to suppress or an evidentiary hearing. If the parties are seeking a hearing on a decision on the motion, such hearing shall be held on May 1, 2007 at 11:00 a.m. If the parties are jointly seeking an evidentiary hearing on the motion, the parties shall inform the Court of the estimated length of the evidentiary hearing and the Court will schedule the hearing for the earliest date that will accommodate that length.

IT IS FURTHER ORDERED THAT defendant shall file a reply brief no later than April 16, 2007. The Court shall toll the time until a decision on the motion has been ordered, pursuant to 18 U.S.C. § 3161(h)(1)(f).

1   IT IS SO ORDERED.

2   Dated: 4/9/07                               *Saundra B Armstrong*
                                                SAUNDRA BROWN ARMSTRONG
3                                               United States District Judge