IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HOUSHANG POURMOHAMAD,<br><br>    Defendant. | No. CR 06-00555 SBA<br><br>**ORDER**<br>[Docket No. 86] |

Currently before the Court is the government's unopposed Motion to Sever and Calendaring for Pretrial Conference and Trial [Docket No. 86]. For the following reasons, the Court GRANTS the Motion to Sever.

**BACKGROUND**

There are four defendants in this illegal gambling business case: one of them has pled and been sentenced, and two are at large. *See* Mot at 1-2. The government requests that defendant Houshang Pourmohamad be severed from the remaining two defendants, who are believed to reside in Costa Rica, so that this case may move forward without further delay. *Id.* at 3.

**LEGAL STANDARD**

Federal Rule of Criminal Procedure 14(a) provides that if "the joinder of offenses or defendants in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trials, or provide any other relief that justice requires." Fed. R. Crim. P. 14(a).

"There is a preference in the federal system for joint trials of defendants who are indicted together." *Zafiro v. United States*, 506 U.S. 534, 537 (1993). However, Rule 14 recognizes that joinder, even when proper under Federal Rule of Criminal Procedure 8(b), may prejudice either the defendant or the government. *Id.* at 538.

## ANALYSIS

The motion to sever is unopposed. Moreover, it appears entirely proper in this case, as two of the defendants are at large and there is no indication that they will be apprehended in the near future. *See* Mot at 1-2. Finally, there is nothing to indicate that the defendant will be prejudiced in any way by severance.

## CONCLUSION

Accordingly, the unopposed Motion to Sever [Docket No. 86] is GRANTED.

IT IS SO ORDERED.

Dated: 11/1/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

2