HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA  94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
HOUSHANG POURMOHAMAD

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,　　　） | Case No.: No. 4:06-CR-00555-SBA |
| Plaintiff,　　） | |
| 　　） | |
| vs.　　） | STIPULATION AND [PROPOSED] ORDER |
| 　　） | |
| HOUSHANG POURMOHAMAD,　　） | |
| Defendant　　） | |

It is hereby stipulated by and between the parties that good cause exists to continue the date currently set for defendant Pourmohamad's motion to dismiss the instant indictment for violation of the Speedy Trial Act, February 26, 2008 until March 11, 2008 due to the fact that final briefs in this matter will not be submitted until immediately before the February 26 date presently set and thus will make it difficult for the Court to fully consider the parties' respective arguments on this issue.  The parties have conferred with the courtroom deputy as to available dates and have been informed

that there is time available to allow the matter to be heard on March 11, 2008 at 11:00 a.m.

Accordingly the parties stipulate that good cause exists to continue the above-referenced motions hearing from February 26, 2008 until March 11, 2008 at 11:00 a.m. The parties further stipulate that time should continue to be excluded pursuant to the Speedy Trial Act under the following provisions:

- "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;" (18 USC § 3161(h)(1)(F))
- delay based upon the fact that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because the case is so complex and unusual and presents novel questions of fact and law so that it is unreasonable to expect adequate preparation for pretrial proceedings if the present time constraints are adhered to (18 USC § 3161(h)(8)(A)-(B)(ii)).
- Additionally, new government counsel has recently assumed responsibility for this prosecution following the retirement of predecessor government counsel, and for this reason a failure to grant a further continuance would deny counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  (18 USC § 3161(h)(8)(B)(IV).

The parties further stipulate that good cause exists for the incorporation of the factual findings set forth above in any order by the Court continuing the motions hearing date as provided in this stipulation.

It is so stipulated.

Dated: February 25, 2008

_____/s/_____
STEPHEN CORRIGAN, AUSA

Attorney for Plaintiff United States of America

It is so stipulated.

Dated: February 25, 2008

_____/ /_____
HAROLD ROSENTHAL

Attorney for Defendant Houshang
Pourmohamad

It is so ORDERED, and the Court makes the findings set forth in the above

stipulation.

Dated: 2/25/08

_____
THE HONORABLE SAUNDRA BROWN
ARMSTRONG

Judge of the United States District Court for the
Northern District of California