THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 06-00555 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| HOUSHANG POURMOHAMAD, | |
| Defendant. | |

Before the Court is the parties' stipulation requesting a continuance of the status hearing set for June 17, 2008. The parties stipulate that good cause exists to continue the hearing to July 1, 2008 due to the unavailability of defense counsel.

Accordingly, it is hereby ORDERED that the status hearing set for June 17, 2008 is continued to July 1, 2008 at 9:00 a.m.

It is further ORDERED that the time between June 18, 2008 to July 1, 2008 is excludable under 18 U.S.C. § 3161(h)(8)(A) and (B). The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would unreasonably deny the defendant continuity of counsel.

IT IS SO ORDERED.

Dated: 6/19/08                                            SAUNDRA BROWN ARMSTRONG
                                                                        United States District Judge