HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOUSHANG POURMOHAMAD,<br><br>　　　　Defendant | Case No.: No. 4:06-CR-00555-SBA<br><br>STIPULATION AND ORDER |

It is hereby stipulated by and between the parties that good cause exists to continue sentencing in the above-entitled matter presently set for December 16, 2008 until January 23, 2009 at 10:00 a.m. This continuance is necessitated by the unavailability of defense counsel, Defense counsel traveled to the District of Kansas to appear in a matter pending in the United States District Court for the District of Kansas which was set on Monday, December 15, 2008. Due to the unavailability of members of the prosecution team defense counsel was compelled to remain in Kansas for an additional day, and thus is not able to return to represent defendant at the sentencing on the date presently set.

STIPULATION AND [PROPOSED] ORDER            1

The parties further agree that the time continues to be excludable under 18 U.S.C. § 3161(h)(8)(A) & B(IV), and that it is appropriate that this court find that the ends of justice served by rescheduling sentencing outweigh the best interest of the public and the defendant in a speedy trial, and that such finding is based upon the need for continuity of counsel and the necessity of granting counsel sufficient time for adequate preparation,

It is so stipulated.

Dated:

_____/s/_____
STEVEN CORRIGAN, AUSA

Attorney for Plaintiff United States of America

It is so stipulated.

Dated:

_____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant Houshang Pourmohamad

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated:

1
2
3     12/16/08                    _____
4                                  THE HONORABLE SAUNDRA BROWN ARMSTRONG
5                                  Judge of the United States District Court for the Northern District of California
6
7
8
9
11
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28