HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
HOUSHANG POURMOHAMAD

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: No. 4:06-CR-00555-SBA |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| HOUSHANG POURMOHAMAD, | |
| Defendant | |

The parties hereby stipulate that good cause exists to continue the scheduled January 23, 2009 sentencing hearing due to the illness of counsel until January 30, 2009 at 10:00 a.m.

To the extent that it is required that time be excluded, the parties further agree that time continues to be excludable under 18 USC § 3161(h)(8)(A) and (B) as delay resulting from a continuance granted by a judge at the request of the defendant and his counsel, based upon her finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The reasons for this finding that the ends of justice served by the granting of such continuance

STIPULATION AND [PROPOSED] ORDER         1

outweigh the best interests of the public and the defendant in a speedy trial results from consideration of factors set forth at 18 USC Section 3161(h)(8)(B)(iv), insofar as the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation for the hearing presently set, taking into account the exercise of due diligence. For this reason, the parties stipulate and request that the Court continue to exclude time between January 23, 2009 and and January 30, 2009 under the Speedy Trial Act due to the absence and unavailability of the defendant, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

It is so stipulated.

Dated: January 23, 2009

               /s/_____
STEPHEN CORRIGAN
WADE RHYNE

Attorney for Plaintiff United States of America

It is so stipulated.

Dated: January 23, 2009

               /s/_____
HAROLD ROSENTHAL

Attorney for Defendant Houshang Pourmohamad

//

//

STIPULATION AND [PROPOSED] ORDER     2

It is so ORDERED, and the Court makes the findings set forth in the above stipulation.

Dated: 1/29/09

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG

Judge of the United States District Court for the Northern District of California

STIPULATION AND [PROPOSED] ORDER 3