1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | STEPHEN G. CORRIGAN (MASB 100560)
WADE M. RHYNE (CSBN  (CSBN 216799)
5 | PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | C 06-0555 SBA |
| v. | ) | |
| | ) | PRELIMINARY ORDER |
| HOUSHANG POURMOHAMAD, | ) | OF FORFEITURE |
| | ) | |
| Defendant. | ) | |

   UPON CONSIDERATION of the application of the United States for a Preliminary Order of Forfeiture, the nexus between the approximately $80,396 in United States Currency and the criminal activities of defendant Houshang Pourmohamad established in the plea agreement and the entire record, and for good cause shown, it is by the Court on this 30th day of January, 2009,

   ORDERED that defendant Pourmohamad shall forfeit to the United States any and all right, title or interest in the approximately $80,396 seized from his residence; and it is further

1  ORDERED that the United States, through the appropriate agency, shall seize the
2 forfeited property forthwith and publish on www.forfeiture.gov – an official government
3 forfeiture website – for at least thirty (30) consecutive days, notice of this Order, notice of the
4 intent of the United States to dispose of the property in such manner as the Attorney General
5 may direct and notice that any person, other than the defendant, having or claiming a legal
6 interest in the property must file a petition with the Court and serve a copy on Stephen G.
7 Corrigan, Wade M. Rhyne, Assistant United States Attorneys, 1301 Clay Street, Suite 340S,
8 Oakland, California 94612 and/or Patricia J. Kenney, Assistant United States Attorney, 450
9 Golden Gate Avenue, 11th Floor, San Francisco, California, 94102, within thirty (30) days of the
10 final publication of notice or of receipt of actual notice, whichever is earlier; and it is further
11  ORDERED that any party filing a petition shall sign the petition under oath, and shall set
12 forth the nature and extent of the petitioner's right, title or interest in the forfeited property and
13 any additional facts supporting the petitioner's claim and the relief sought; and it is further
14  ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure,
15 and 21 U.S.C. § 853(m), the United States be permitted, if any petitions are filed by third parties,
16 to undertake whatever discovery is necessary to facilitate the disposition of those petitions; and it
17 is further
18  ORDERED that, pursuant to Rule 32.2(b)(3), that this Preliminary Order of Forfeiture
19 shall become final as to defendant Pourmohamad at the time of sentencing, shall orally be made
20 part of the sentence and shall be included in the judgment of conviction.

_____
HONORABLE SAUNDRA BROWN. ARMSTRONG
United States District Judge

Preliminary Order of Forfeiture
No. 06-0555 SBA