1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CSBN  (CSBN 216799)
   PATRICIA J. KENNEY (CSBN 130238)
5  Assistant United States Attorney

6     450 Golden Gate Avenue
      San Francisco, CA 94102
7     Telephone: 415.436.6857
      Facsimile:   415.436.6748
8     Email: patricia.kenney@usdoj.gov

9  Attorneys for United States of America

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14
   UNITED STATES OF AMERICA        )
15                                 )     CR 06-0555 SBA
                    Plaintiff,     )
16                                 )     FINAL ORDER OF FORFEITURE
              v.                   )
17                                 )
   HOUSHANG POURMOHAMAD,           )
18                                 )
                    Defendant.     )
19 _____ )

20        On February 3, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting the

21 defendant's right, title and interest in $80,396 in United States Currency pursuant to Title 18,

22 United States Code, Section 981(a)(1)(C),  Title 28, United States Code Section, 2461(c), Title

23 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal

24 Rules of Criminal Procedure.

25        The United States represents that it has complied with publication and notice

26 requirements of the Preliminary Order and that no petitions have been filed.

27        THEREFORE, it is ordered that the $80,396 in United States Currency shall be forfeited

28 to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C),  Title 28,

1  United States Code Section, 2461(c), Title 21, United States Code, Section 853 and the
2  procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.  All right, title and
3  interest in said property is vested in the United States of America.  The appropriate federal
4  agency shall dispose of the forfeited property according to law.

6  5/19/09

         _____
         HONORABLE SAUNDRA BROWN ARMSTRONG
         United States District Judge

Final Order of Forfeiture
No. CR 06-0555 SBA

2