UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 06-00555 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| HOUSHANG POURMOHAMAD, | |
| Defendant. | |

On August 9, 2010, Defendant filed a Motion for Early Termination of Probation, asking that the Court issue an order terminating his supervised release. (Docket No. 153, "Defendant's Motion.")  To date, Plaintiff has not filed a response to Defendant's Motion. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall consult with the U.S. Probation Officer assigned to this matter regarding Defendant's Motion; by October 4, 2010, Plaintiff shall file with this Court a response to Defendant's Motion, indicating the positions of both Plaintiff and the U.S. Probation Officer with respect to Defendant's motion.

IT IS SO ORDERED.

Dated: September 22, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge